## BOARD OF COMMISSIONERS OF OWEN COUNTY ET AL. *v.* NEWPORT.

[No. 19,761.   Filed December 19, 1902.]

From Owen Circuit Court; *M. H. Parks,* Judge.

Suit by Richard Newport against the Board of Commissioners of Owen county and others.   From a decree for plaintiff, defendants appeal.   *Affirmed.*

*Willis Hickam, D. E. Beem* and *J. C. Robinson,* for appellants.

*G. W. Grubbs, I. H. Fowler* and *T. H. Spangler,* for appellee.

HADLEY, C. J.—All the questions presented by this record are identical with the questions decided in the case of *Board, etc.,* v. *Spangler, ante,* 575, and for reasons given in said former case, the judgment in this cause is affirmed.